Judge Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR05-187RSM |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | TRIAL DATE |
| v. ) | |
| ) | |
| HSIN-HSUN HSU, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the written stipulation between the United States of America, and defendant Hsin-Hsun Hsu, and for the reasons stated in the written Stipulation, this Court GRANTS the stipulation and FINDS that,

Pursuant to Title 18, United States Code, Sections 3161(8)(A), that a continuance of the trial date is appropriate to allow the parties additional time to negotiate a resolution of this matter by plea agreement, or to prepare for trial; the continuances are essential to ensure that the ends of justice are served; and the continuances outweigh the best interest of the public and the defendant in a speedy trial.

1  THEREFORE, this Court ORDERS that,

2  The trial date is continued to October 24, 2005, and, the time between the date of
3  this Order and the new trial date is excluded from the calculation of speedy trial in this
4  matter.

5  DATED this _15__ day of __July__, 2005.

*(signature)*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER/HSU, CR05-187RSM — 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970